THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Mitchell Daniels, Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 05-UP-626
Submitted December 1, 2005  Filed December 9, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mitchell Daniels appeals his conviction of and sentence for murder.  His counsel contends the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea.  Counsel for Daniels attached to the final brief a petition to be relieved as counsel.  Daniels did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Danielss appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.